IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE BRADLEY                                                                                   PLAINTIFF

v.                               Case No. 4:18-cv-00061-BRW

CLINTON SCHOOL DISTRICT; and
THE CITY OF CLINTON, ARKANSAS                                                    DEFENDANTS

### NOTICE OF SETTLEMENT

COMES NOW, Separate Defendant, Clinton School District, by and through undersigned counsel, and hereby notifies the Court that it has reached a settlement of this action with Plaintiff. A motion to dismiss as to Clinton School District will be filed upon execution of an agreed upon settlement agreement.

Respectfully submitted this 8th day of March, 2019.

Respectfully submitted,

__W. Cody Kees__
Jay Bequette, Ark. Bar No. 87012
W. Cody Kees, Ark. Bar No. 2012118
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF filing system, which shall send notification of such filing to the following:

Robert A. Newcomb
P.O. Box 149
Little Rock, AR 72203
robertnwcmb@aol.com

Amanda LaFever
P.O. Box 38
North Little Rock, AR 72115
ALaFever@arml.org

Christian C. Michaels
Catlett Law Firm
The Tower Building
323 Center Street, Suite 1800
Little Rock, AR 72201
CMichaels@CatLaw.com

                                                                        __W. Cody Kees__