IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEVE BRADLEY**                                                          **PLAINTIFF**

**V.**                **CASE NO. 4:18CV-61-BRW**

**CLINTON SCHOOL DISTRICT; and**
**THE CITY OF CLINTON ARKANSAS**                          **DEFENDANTS**

### NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through his attorney Robert A. Newcomb, and herby notifies the Court that he has reached a settlement of this action with the Defendant The City Of Clinton Arkansas.

A motion to dismiss as to The City of Clinton Arkansas will be filed upon execution of an agreed upon settlement agreement.

Respectfully submitted,

/s/ Robert A. Newcomb
Robert A. Newcomb, #73087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
robertnwcmb@aol.com
P: 501-372-5577
F: 501-372-6025

CERTIFICATE OF SERVICE

I hereby state that copy of the foregoing was sent via the Court's electronic system this __8__ day of <u>March</u>___, 2019 to:

W. Cody Kees  
Bequette, Billingsly & Keys, P.A.  
425 W. Capitol, Suite 3200  
Little Rock, AR 72201

Paul Chartain  
Christian C. Michaels  
Catlett Law Firm  
CMichaels@CatlettLaw.com

Amanda LaFever  
    Arkansas Municipal League  
P.O. Box 38  
N. Little Rock, AR  72115

    <u>/s/ Robert A. Newcomb</u>  
    Robert A. Newcomb